# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE LUCAS

NO. 2021 KW 1560

MARCH 14, 2022

---

In Re:    Andre Lucas, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, Nos. 18-CR2-141967, 18-CR2-139169 & 18-CR2-139170.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the application for postconviction relief, the guilty plea transcript, and any other portion of the district court record that may support the claim raised in the writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before May 10, 2022. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT